## Complaint

Case num civil 2022-p-1123
Lower court no.2184cv0282
Plaintiff julia Dixon vs tuft medical center

FILED IN CLERKS OFFICE
2025 MAY -8 PM 4:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

When I read comments online ,one woman adamantly accuse tuft murdered her mother.is it true or not ,oct 28/2021 ,nurse told me don't call 911 ,some pt call 911 she said,I called 911 6.36 am of oct 29 from ER tuft ,why pt call 911 from tuft ,accuse DR at tuft ER murder PT,the following paper I provide proof ,DR at tuft do murder PT.

How DR murder PT ,by law DR can admit pt in 3 category,homicidal suicidal or a person can not take care of herself.when DR abuse the law ,lock up pt for the purpose of murder, DR lock up PT who have life threatening illness,deprive their life saving medicine,pt will die,this is their way of murder .oct 28 2021,ER dr at tuft imprisoned plaintiff ,excuse is plaintiff can not care for herself,cut off all medicine ,18 doctors who sign the ER paper to kidnap plaintiff ,but not one of them came to the room to treat plaintiff ,there is only a sitter or guard outside the room keep PT from escape.

oct 28 2021 5 pm ,plaintiff was kidnapped(I use kidnap because I never sign paper for consent) by dr at tuft ER ,nurse said you look beautiful,what happen to you ?she sound have sympathy to plaintiff(she knew plaintiff would die in ER in few hours ),she said don't call 911 ,some pt call 911,at that time nurse never told me why I was admitted ,I assume for treatment ,because I have most serous infection .my husband came to tuft 3 times,4 am of 29th 10 am of 29th and oct 31 ,he came to rescue plaintiff ,they never ask him to sign any consent papers.they refuse to release plaintiff to the husband.plaitiff was imprisoned by tuft from 5 pm of 28th until December 3th

Exibits of plaintiff illness (infection )
Dr vindinese diagnosed plaintiff as Mrsa colonization oct 18/2021 .ER report history of plaintiff infection oct21/2021

com 1

,2016 Mrsa on leg,later infected both ear ,later infection on most part of body and bone infection ,exibit jan of 2020 ,bone infection ,exibit may 30th 2019 ER report bone bulging behind ear , DR zhang suspect cancer but its bone infection of skull . Dr zhange suspect cancer because plaintiff went to ER and urgent care over over for infection for 4 years ,but all Dr refer PT back to ear specialist DR sillman for ear infection ,but Dr sillman never look at plaintiff s ear or talk to plaintiff or diagnosed plaintiff ,he only kicked pt out with wrong medicine,I was never sick before,so I don't know how DR should do, only 2020 my husband pull out his review online,he has bad reviews,PT said he is worst doctor , one said he shouldn't treat anyone who still have a breath,they said you wont be happy with this Dr I pull out my medical records only 2020,in his report ,he said there is 3 possibilities ,staph infection or fugus infection or autoimmune ,but for 4 years dr sillman suspect these possibilities ,but he never took culture confirm or deny and diagnosed pt ,he gave wrong medicine not even fit to any 3 of the possibilities ,anthetone oil ,after 4 years of neglect of dr sillman ,infection from only ear to spreading to bones and other part of skin.the reason I survived because I google search use home remedies ,garlic tea tree oil orageno oil ,I told Dr what I use at home,they all read in their medical report.all dr appointment months away ,but infecton can kill pt in few days ,I use home remedies to survive.2020 after neglect of Dr sillman of 4 years ,my ear infection spreading to bone skull and colonized around ear ,the pain severe and cant stop ,usually I can stop pain by home remedies ,pain equal death,nothing can stop infection from killing pt ,only the right medicine can,mrsa can kill an most healthy athletes in 48 hours or few days.i filed a lawsuit against dr sillman before my death,even his lawyer said dr sillman on the wrong,but the law protect all doctors,there is no win for pt ,I can not find any lawyer represent me,they all said doctors are protected by law .

Com 2

I treated myself for many years,I diagnosed myself as mrsa because it has same symptoms as first episode on leg,(in all M records I kept told ear dr its staph same on leg )but by 2019,I read online,it fit to fugus infection too,so I believe it changed to fugus Infection,in dr zhangs report she said pt adamantly believed its fugus Infection,dr zhang who was intern but deeply care about pt,I trust tuft ,I believe dr sillman is separate case ,he act alone .dr zhange wrote an email to dr noonan ,jan 20 ,2020 dr noonon culture plaintiff and order ct scan ,first time in 4 years ,there is diagnosis of mrsa.dr noonan is the dr who plaintiff saw 2019 while dr sillman who was not available at the time when urgent dr sent plaintiff to ear department,from that on I request to see her,otherwise there will never a diagnosis ,plaintiff will continue to treat myself as fugus infection and leading to death.dr noonan treat plaintiff every week for a few weeks ,which help trenmendous ,but mrsa well know as resistant with antibiotics,after using ear drop ,it develop fugus infection in ear(they called me on the phone),finally I use google search product ,put in ear and pain stopped(tea tree oil) ,the instant death stopped but mrsa still colonized the area ,the fight of infection is never over.

  DR zhange is the only dr who don't believe plaintiff own diagnosis ,all other dr treated pt as fugus infection because pt said so,but I said its mrsa for 4 years ,dr should have their own disgnosis ,I diagnose myself because 4 years there is no diagnosis from any dr .dr sillman only kicked pt out of office.oct 8 2019 ,plaintiff went to ER because I was in panic ,left ear felt water running ,ear department sent an intern to ER ,he diagnose pt as inferation ear drum was broken from infection ,but dr sillman on phone ,told intern not diagnose or treat pt ,I told him dr sillman is the dr never diagnose pt for 4 years ,I wish never see him again ,I was kicked out from ER with no medicine,in all medical record they mentioned pt as pleasant ,I never complain ,this was  first time I believe dr sillman was neglect  and beyond negligent  . second opinion

com 3

from mgh , dr goldman gave fugus med because pt said so,it getting worse ,I change into home remedies over and over . 2020 it getting worst,half of head swollem up, I put salt in ear ,it works,I told betty ,I said betty,I have no where to go,dr sillman kicked me out ,ER kick me out ,betty said go to malden walk in clinic ,I did ,they give antibiotics ,it happened I have a appointment with dr zhange after ,I showed the  paper to dr zhange ,I said its fungus,dr zhange said ,don't believe internet ,she wrote email to dr noonan about suspect cancer ,jan 20 /2020 first time dr noonan cultured and diagnosed pt as mrsa,without dr zhange ,plaintiff might not survive today.

  At ER ,one doctor ask  me do you file lawsuit?file lawsuit against dr sillman is the reason they kidnapped plaintiff for murder. Some people have misconception ,the person who file lawsuit is at wrong,but if we look at facts ,dr sillman at wrong ,even their lawyer said even dr at wrong but law protect dr .

 Exibit   ER report 29th oct 2021.the note by dr adam ,she used lies  why they need to admit plaintiff  in hospital,she said julia last seen by ID ,infectous disease dr,who rule out active infection,which is a lie,report by ID ,dr vindenes  said clearly mrsa colonization  (10 18 2021)pt develop firm belief she has mrsa,which on same page ,dr adam diagnosed plaintiff as ear infection,skin infection,so she had firm belief as same as plaintiff,despite extensive testing,is a lie,only test oct 28,ruled out autoimmune ,pt use bleach,is a lie,skin dr recommend bleach ,PT picking at her wound,is a lie,rash so painful,you can not touch it,I wash it careful ,take long time to care for it ,pt had poor insight and judgements is a lie,why dr adam make up lies to murder pt ,that's poor judgements,nurse said other pt called 911 ,so these dr are serial murderers . pt had mrsa infection successfully treated by antibiotics ,is a lie,mrsa well known as resistant to antibiotics ,I was so sick from taking antibiotics ,threw up and diaria ,but infection is not affected.isolating herself from friends,is a lie,I am active all the time,home depot have camera showing plaintiff there all time,

com 4

being active feel better than doing nothing for the infection,I am always active ,I cant imagine one day became disabled.if all dr adam s lies is true,why she diagnosed pt as infection ,because she knew pt will die in few hour,infection is to blame,she ordered risperidone cut off medication,through out the imprisonment,I refuse risperidone,it block part of brain ,cause suicidal thought, put pt to sleep ,I can never get out alive. While taking shower in psycho wards ,I walk by one cell ,one pt rise up like a zombie ,another woman crying in a lock up cell ,guard outside ,she said I am dying here,I thought to myself,wow,I felt same,but I remain calm because I talk to high power to accept death,in their report ,dr john said julia don't need restraint for now,so even I was calm they still try to convince dr john to restraint plaintiff.

Few month before imprisonment ,plaintiff have bad health ,suger 6.5 ,triglyceride 771 high on everything ,after I changed diet ,it going down,if I still in bad health I can easily get heart attack with high bp 185

Plaintiff have most serous infection ,could die any time,tuft ER kidnapped PT ,the purpose is to murder Pt.

I petition new law to protect pt at ER,DR are so eager to murder pt,pt should have right to lawyer at ER,otherwise more people will die,if my life have values ,deserve to die,dr don't see any values of pt,but God see values in his creation ,after survived this murder attempt ,plaintiff continue to contribute to society in a positive way,my husband got cancer 2022,also he has other illness ,need care everyday,the passing of his best friend,will cause devastation in his life,he said he will cry every day, I continue to work on good relationship with my only child.i did lots of work to care my son ,7 years to care his worst depression , help him recover and leading to his prosperity. I helped all family who needs help,I work all my life as teacher hairstylist and massage therapist .God have mercy God have love ,these dr don't see any value of their pt ,I am their target of murder.

con

Two sitter sit next to pt ,they took everything away from pt,I only have hospital gown and my pants,I have oregano oil hid in pants.i hid oil because I sensed dr are against home remedies for reason I don't know,exibit  they said   pt is flight risk ,need sitters or guards.if truly they believe pt can not care herself,why I am  a flight risk.

 I still don't know I was kidnapped,from  2 pm pt came to ER 5 pm  was admitted,I told my husband leave his phone on I can report my progress.

 After many hours ,plaintiff was locked in a room,I didn't see any doctor or any treatments,I asked nurse ,why I am here,nurse said Psycho hold,in a sudden ,I know I was here to die.i have millions medicine at home to keep myself alive ,but lock in a room ,with no medicine,I would die so quick.Mrsa is serous infection,even new PT first time get it,they could die in 48 hours or few days.  My real infection 12/2020 Pseudomonas stenotrophomona  s and Mrsa but no DR ever told me about my new infection( I got it after sterile injection to tailbone 2019)at ER I said I have Mrsa ,but DR said it could be a different bacteria but they never told me I was diagnosed through culture ,they don't tell me my new infection ,it show malicious intents.

 Exibit  er report my blood pressure from normal jump to 173 (when I ask nurse every day whats my bp they told me its 185 on the day release 175 ,but they gave a lower num on reports)I have infection and high bp,but never no  Dr show up even I request to see a DR,my husband came to Er,nurse said she will find a DR come to talk to my husband,2 psycho Dr came,my husband asked why julia is here,they said she can not take care of herself,my husband said ,she can take care of herself and better than him,I said my husband is here ,you need let me go,the Dr look serous and scary , he said you are not leaving  ,I knew they determined to murder me.DR left ,my husband talk to nurse how could get me released,I said if DR diagnose me as infection ,Psycho Dr have to let me go,but No dr ever show up,

com 6

they trap me there to die.my husband left ,he don't know what to do,I was in panic,high bp , my thinking was limited by panic ,I called 911 6.36 am of 29th, 911 have no concern,as punishments ,they took my phone away from me.i know I would die,but I have to remain calm ,I talk to high power ,I said I have to accept death this is only way I stay calm,I still have oregano oil in hidden ,I used it on ear (oregano oil is most effective medicine ,since this kidnapping I never see a dr ever again since 2021,I use oregano oil and other google med treat myself at home. )without oregano oil ,I would have died in ER

Nobody not even nurse came to my room anymore,only sitter sit outside my door,they give me med for anxiety ,keep me sleep all the time,I walk in my room putting oregano oil on ear ,sitter yelled at me,I cant see you,even in prison guard watch prisoner every 15 minutes ,not every seconds,these Dr and sitter knew exactly what they are doing,I ask sitter I need water to wash my skin,she look disgusted and refuse to give me water,so I use handsanitizer on wall outside my door,she screamed,you cant use handsanitizer ,its for hands only ,a guard with uniform took handsanitizer off the wall and took it away.they knew if I have nothing for infection,I should die soon.

Sitter wheel me to psycho ward evening hour of 29th ,I believe they waited until evening because at psycho wards I have right to call a lawyer or see a Dr, next 2 days is weekend,there is no DR or lawyer on weekend,by their calculation I should die in 2 days.(a lawyer showed up on Monday ,but he did nothing.)

As soon as I walk in my cell in psycho wards,nurse teresa came in,she said she want my pants,my oil in pants,I asked her if I can keep my oil ,she said no ,so I have to hand my pants and oil to her,she walk away with pride ,now you are dead,I said to myself,now you are dead ,I have ear infection bone infection,there is no way I can survive here.i was in such regret ,I should have hid my oil in armpit,but too late ,I have nothing but nothing and nothing ,later I found out I have right o keep my pants,they must find out I have oil and using it in ER.

com7

With hopelessness,I lay down and fell to sleep ,I woke up with ear pain,I was in panic,I have no medicine,pain equal death,only med can stop pain,pain never stop on its own,pain lead to  death,I look around,only thing I saw  is handsanitizer outside of my cell,I rush to get it put on my ear ,I back and forth over over for many hours ,finally pain stopped.i was in shock and disbelief,I was so close to death.i lay on bed in panic I only can pray,I talk to high power ,I said I will accept death,even I have concern and hope and responsibility in my life ,but now death on my door ,I believe after life once I pass over ,everything will behind me,other side of life will be peace.all my concern will disappears .angels appeared on lower part of my bed,3 to 4 ,one feet high ,for some reason I knew they are angels,I was in high panic,I didn't even feel strange about their appearance .God perform a miracle ,God saved my life,I always believe in God,I always say  God will lead a way
 There is no other explanation how could I survived this murder attempt.God saved my life .
 In the morning,as soon as teresa came in the gate,she yell at me,you use handsanitizer all night long,she tried to remove it from wall,I rushed to my cell,empty container ,I began to collect handsanitizer from hall way.later I asked maintenance man fix the handsanitizer in bath room,I used it through out the time there,nurse check my bp,she said why so high ,are you stress out here,I said yes,I was in such panic,that's all I said .i have high bp ,infection why no dr ever show up,I ask teresa ,if weekend dr can give me medicine ,she said no,she give you nothing ,maybe Tylenol,how could she knows ,I ask weekend dr ,she said she is not real Dr ,I have to wait for real dr on Monday.there are teams of insiders from dr adam /sitter /nurse teresa .they are murderous .
 Nurse donna came to my room on Sunday ,she was so nice like angel ,she talk to me,tell me Dr on Monday will be dr on my side,I surprise why some nurse was so nice,I can only conclude teresa is part of team of insiders who know who to murder.

com8

Monday when real Dr came,I was in high anxiety ,hope they can release me,nurse donna talk to them ,she came in she said they can not release me,I was so disappointed.in their report Dr john querques said julia have no problem take care of herself,and protect herself from the environments .if so why not release me.only 3 category of PT dr can Psycho hold,suicidal  homicidal and one can not take care of self. I am not suicidal not homicidal ,they can only make up lies ,pt  can not take care myself.they hold me from Thursday release on next Wednesday,they broke the law,by law they can only hold a pt for 3 days.

 Do they have poof I can not take care myself,of course not ,its only excuse,in DR report ,Dr khalid wrote ,julia take 8 hours a day is a concern, in all medical report they said  julia is well fed,well nourished ,well developed and pleasant .i walked to ER  no ambulance ,there is zero proof I can not take care of myself.

 Even true I can not take care of myself,family members have right to take care of pt  ,they treat me as prisoner not PT,my husband have right to take me out of hospital,but I was their prisoner ,my husband came 3 times,they refuse to release me

 Why  tuft kidnap and murder pt ,because I have one lawsuit against  ear DR ,dr silman ,4 years Dr sillman never diagnosed pt s ear infection,first time I visited him.as soon as I saw him half of his body at the door ,he yelled,you need to go,I jump up and left,I never sick before this ,so I don't know how dr should treat Pt,I just assume dr were busy with pt ,that's the reason he rushed me out,next few years ,I was in ER,urgent care ,tuft have one DR policy ,I have to go back to dr sillman again again ,every time he just kick me out with no talk no diagnosis ,give same wrong medicine .other dr in the office ,talk to me,wrote report ,clean out ear ,but dr sillman is the dr to make diagnosis which he never did in four years.

Com 9

Exibit    show plaintiff circle around ER urgent care primary care ,back to DR sillman ,in his report ,always 3 possibilities ,Mrsa fugus auto immune ,no diagnosis ,wrong medicine anthetone oil .this oil not even fit in any of the possibilities.I filed lawsuit before my death ,I call complaint line,told the person on phone I was dying and dr sillman was at fault.Dr noonan    called me back ,she agreed to see me ,she treat me every week for few weeks.

Monday Dr ask plaintiff phone num of my friend andy and betty,they call them immediately ,they never ask them if pt can take care of herself,only ask what kind of person pt is.i never done anything illegal in my life, I work hard full time until health problem, teacher hairsylist  massage therapist .i worked on college camp most of the time

Monday exibit    2 dr and nurse in my cell ,force me to take risperidone , I refused,I said can you tell me whats wrong with my ear ,Dr said she don't know but risperidone  can help you(lies),finally I said dr I respect you ,I hope you can respect me too,I will not take risperidone, risperidone put pt at sleep and cause suicidal thought .

I use handsanitizer through the stay there,but its not medicine ,my ear swollen ,rash pain getting deeper ,I know I could die any minutes.this is why my bp is 185

Exibit   pt pass 10 point test .why not release plaintiff.

Who is dr vindenes ?she is the dr who send plaintiff to ER for murder,I never believe dr vindenes have intention to harm pt,but after release I read medical records ,she did try to harm me all along ,01/04/2020 ,in her medical report ,even pt still have infection ,she suggest  stop med,even at time lab test prove infection as pseudomonas and stenotrophonas maltophilia but she never inform me ,her words in report as assume Mrsa ,means she knew different.

10/ 04 2021 medical report from dr vindenes ,she strong suggest skin biopsy and give follow up appointment ,she never give me any follow up app ,why give follow up after biopsy,skin

com/0

dr told me how to do biopsy,cut skin side of rash and underneath rash,it will bring bacteria into blood ,pt get septic and die,my first job is teacher,I always hunger to learn,I watch lots medical show ,DR G ,ER show , learn lots of medical knowledge,I refuse skin biopsy,I said what if it s bacterial ,it will get into my blood and get septic,if I never watch medical show,today I will not be alive,I will accept skin biopsy dr vindenes never treat me she will never treat me if I get septic. Also no treatment for such serous infection(septic).on the day of kidnapping,dr vindenes refuse to give me any medicine and ask me to go to ER,they said they will tell ER what they want ,but not tell me,they broke the law again and again,they should tell me truth ,if they told me they ask ER to do psycho evaluation not treatment ,I would have never walk into the death trap.

  Dr vindenes never teach or control her intern DR khilid ,dr khilid is a fellow dr ,she is a extreme DR ,she don't believe nobody but herself,I said I have infection,she said no,you don't,you have autommune,she don't believe science ,lab test show its Mrsa and 2 new fatal infection ,she don't believe her boss,her boss said pt have most severe infection,dr khilid don't believe all other dr,ER primary urgent care all give antibiotics and believe its infection.in medical report dr khilid wrote possible skin picking?pt use bleach to wash wound ,8 hours shower ,unable to work ,bleach is idea from skin Dr ,and its works best at that time,by not teach and control her intern,Dr vindenes use dr khilid inexperience to call plaintiff to ER for murder.even dr vindenes said pt have most severe infection,but she refuse to give medicine,I requested her if she can do IV medication ,I heard good result from others,she refused,from dr vindenes refuse to give med,refuse to tell pt new diagnosis ,refuse to correct her intern,she have harm in her heart,nurse(5pm 28) said don't call 911,some pt call 911,this show I am not the only one getting into to death trap.

com 11

After release from hospital,I reported my incident to attorney general office and different human resources ,they continued to do harm to plaintiff because of it ,strange texts try to trap plaintiff in illegal business,I never done illegal activities in my life,I do good deeds in my life everyone know me benefits from me ,people have misconception if a person file lawsuit or more than one lawsuit ,make the person a bad person ,but its not true ,I fight with communism terrorism mental illness and save lives. (save my son s life by his own admission)

there were incidents when plaintiff walk cross street ,a car flying over almost hit plaitiff, I rush to middle section,its so obvious a driver on other side stopped and ask me if I was ok,another incident when I cross street ,a car flying pass behind me second one feet of mine stepped on side walk ,the car run through red light and on the wrong directions,only people have power can do so ,another incident day after thanksgiving 2022 , I walked outside my house(revere),walk on north shore road,a car rushed onto side walk opposite direction from me,2 mafia came out both walked backwards few steps then back into the car again,their body moved as quick as smooth as snakes,I have strong feeling I should never getting close to the car ,so I stopped,I thought if they want to shoot me,they can shoot me from this distance,noon time there was traffic,we stand still for a while,the car left ,later I thought about it,their plan more like hit and run make it look like accident,there is a utility pole between us,they would have hit the pole before hit me,I went to panic,I knew next time they would succeed to murder me,I never walk on street in revere ever again after that I moved out one months ahead of my lease expired ,I told my landlord to move out already after they raised rent.

Doctors are above the law,the law protect all doctors,average citizens like me there is no chance to be alive.sad reality .

com 12

responsibility .civil right violation might not require victims to pay perpetrator large sum of money

   Appeal court claim tuft medical center unlawful sycho hold plaintiff because plaintiff have mental illness and harm herself,no proof of such thing,doctor at tuft do harm PT by cutting off medication plaintiff desperately needed to survive on,this is true harm to PT and plaintiff.
   I work all my life as teacher hairstylist massage therapist ,take care of my family and my only child,I never harm myself,but work on issues in life and find resolution .imprisoned 7 days by tuft so I don't harm myself is absurd claim.

   Dismissal letter claim plaintiff did not comply to 9a,which is false,defendants lawyer show up at hearing ,they do have all opportunities to responds fully.
   Appeal court claim plaintiff can refile in trial court,but everything would be same,sherrif delivered the summons,plaintiff did follow 9a.

   Defendants opposition letter claim further review is not timely,but not true,exibit 14 notice of order,due to an error ,dec 3 2024 ,appeal court give appelliant 15 days to take action.dec 4th,2024 far -30141 opened.so plaintiff took action on time.
   Opposition letter claimed no reason for further review ,but DR at tuft abuse the law ,by the law DR can psycho hold pt who can not care for self,they use this law to kidnap PT who they plan to murder.
   Further review including review by supreme court of usa.

   Why 18 doctors sign the ER paper, they are experience doctors,in the paper dr adam diagnosed plaintiff as ear infection chronic skin infection,all her claim the reason to psycho hold plaintiff because PT have firm belief she had infection,false claimed ID ruled out active infection ,but both dr adam and ID have firm belief PT have



infection ID diagnosed PT as MRSA colonization 10 days before incident, they used worst lies to murder PT.

  These doctors murder pt as business as usual ,whatever reason they deemed,they play God,they decide who dies who live,in my case I got serous infection pseudonmonus and stenotromona from their steroid injection later month of 2019(in medical records),they believe eliminate Pt who have infection,so infection is under control,I work on construction all these time,and work with my husband(common law )my husband has disability ,I help him every day,he said I saved his life,I work on construction ,make beautiful home,I have no contact with public population .I am valuable member of society and for my family.i treat myself with google search product,have huge improvements .google product can help other PT who is in similar situation .God have love and mercy for me,These DR have no mercy.they are not God

                                Respectfully submitted
                                Julia dixon

I certify that motion for further review sent to defendants by 9th of December 2024,certified mail ,defendants responded 12/18/2024 ,exibit 7 to 13   their opposition letter of further review.

*Julia Dixon*
*5/08/2025*

p3